LUCILLE NICOL, Respondent, v. NEW YORK EVENING POST, INC., Appellant.— Order unanimously affirmed, with costs. We think a new trial was properly granted, for the reason stated by the trial justice. We are also of opinion that the charge of the court failed to instruct the jury adequately upon the subject

of express or actual malice and that which might be implied from the publication itself.   Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.